UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20525-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

JEAN LOUIS,
         Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Defendant's Objections to Magistrate's Report and Recommendation on Motion to Suppress Statements. The Court has carefully reviewed the Report and Recommendation (DE #79), the Defendant's objections (DE 80), and the transcript of the motion to suppress hearing. After a full and diligent review, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Barry L. Garber is hereby **ADOPTED.** It is further

**ORDERED AND ADJUDGED** that the Defendant's Motion to Suppress Statements (DE 52) is hereby **DENIED.**

**DONE AND ORDERED** in Miami, Florida, this 10 day of January, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Hon. Barry L. Garber.
        Counsel of Record